UNITED STATES TRUST COMPANY OF NEW YORK, Respondent, v. ANNA K. DANIEL, Appellant, Impleaded with Others.

(Re-argued October 21, 1912; decided November 27, 1912. See 206 N. Y. 667, 670.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 25, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*Anna K. Daniel*, appellant, in person.

*Lewis G. Wallace* for respondent.

Judgment affirmed, with costs, including only one argument fee in this court; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.